**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JASON CAP, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>CARMAX, INC., WILLIAM D. NASH, and ENRIQUE N. MAYOR-MORA,<br><br>            Defendants. | Case No.: 1:25-cv-03602-JKB<br><br>Hon. James K Bredar |

**NOTICE OF MOTION OF STEVEN M. SMITH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the District of Maryland, Movant Steven M. Smith ("Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired publicly traded CarMax, Inc. ("CarMax" or the "Company") securities between June 20, 2025 and November 5, 2025, inclusive; (2) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Jordan A. Cafritz filed herewith and all exhibits thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff on behalf of all similarly situated CarMax investors; (2) approve Movant's selection of Levi & Korsinsky as Lead Counsel for the putative class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: January 2, 2026

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Jordan A. Cafritz*
Jordan A. Cafritz (Bar #:20908)
1101 Vermont Ave., NW Suite 800
Washington, D.C. 20005
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: jcafritz@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Steven M. Smith and*
*[Proposed] Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Jordan A. Cafritz, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 2nd day of January 2026.

/s/ *Jordan A. Cafritz*
Jordan A. Cafritz