# EXHIBIT B

| Client Name | Steven M Smith |
|---|---|
| Company Name | CarMax, Inc. |
| Ticker Symbol | KMX |
| Security Type | |
| Class Period Start | 06-20-2025 |
| Class Period End | 11-05-2025 |
| 90-DAY Lookback Period Start | 11-06-2025 |
| 90-DAY Lookback Period End | 01-01-2026 |
| 90-DAY Lookback Average | $ 37.41 |

**SUMMARY OF FINANCIAL INTEREST - ALL FUNDS (Stock + Options)**

| | |
|---|---|
| LIFO Total | $31,072.80 |
| DURALIFO Total | $31,072.80 |
| Gross Shares Purchased | 1,200 |
| Net Shares Retained | 1,200 |
| Net Funds Expended | $84,000.00 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-25-2025 | 1200 | 70 | $ 84,000.00 | 11-14-2025 | | 1200 | $ 34.56 | | $ 41,467.20 | 1200 | - | $ 37.41 | | $ 42,532.80 | $ 42,532.80 |
| **Total:** | **1,200** | | **$84,000.00** | | | **1200** | | | **$41,467.20** | **1,200** | | | | **$42,532.80** | **$42,532.80** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**Steven M. Smith**
**Transactions in CarMax, Inc. (KMX)**
**Class Period: Jun 20, 2025 - Nov 05, 2025, inclusive**
Buy B), Sell S), Sell to Open SO), Buy to Open BO), Sell to Close SC), Buy to Close BC), Assignment AS)

| LIFO Losses/Gain) Options | -$11,460.00 |
|---|---|
| Dura LIFO Losses/(Gain)* Options | -$11,460.00 |

*Offsetting CP realized gains

Options

| Trade Date | Transaction Type | Quantity | Option Price | Cost/Proceeds |
|---|---|---|---|---|
| 07/22/2025 | SO | -10 | $09.30 | -$9,300.00 |
| 07/25/2025 | SO | -2 | $10.80 | -$2,160.00 |
| 09/25/2025 | AS | 12 | $00.00 | $00.00 |