**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| JASON CAP, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARMAX, INC., et al.,<br><br>Defendants. | **Case No: 1:25-cv-03602-JKB**<br><br><br>CLASS ACTION |

**MOTION OF JASON CAP FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF HIS SELECTION OF COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Movant Jason Cap ("Movant"), by and through his counsel, hereby moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order granting: (1) appointment of Movant as the Lead Plaintiff for the class of all persons and entities that purchased or otherwise acquired CarMax, Inc. securities between June 20, 2025 and November 5, 2025, inclusive; (2) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A., as Lead Counsel for the Class, and the Schall Law Firm as Additional Counsel; and (3) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movant submits a Memorandum of Law and the Declaration of Phillip Kim filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

1

WHEREFORE, Movant respectfully requests that this Court enter an Order:

1. Granting Jason Cap's Motion for Appointment as Lead and Approval of His Selection of Counsel;

2. Appointing Movant as the Lead Plaintiff, the Rosen Law Firm, P.A. as Lead Counsel, and the Schall Law Firm as Additional Counsel; and

3. Granting such other and further relief as this Court may deem just and proper.

Dated: January 2, 2026                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
By: */s/ Phillip Kim*
Phillip Kim (Bar No. 31810)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff and [Proposed] Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (Pro hac vice application forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (877) 590-0483
Email: brian@schallfirm.com

*Additional Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, a true and correct copy of the foregoing Motion, and the Supporting Memorandum, Declaration of Phillip Kim, Esq. and Exhibits 1-5 being filed herewith, were served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Phillip Kim*