**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| JASON CAP, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CARMAX, INC., et al.,<br><br>　　Defendants. | **Case No: 1:25-cv-03602-JKB**<br><br><br>CLASS ACTION |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF JASON CAP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL**

I, Phillip Kim, declare:

1.　　I am a partner at the Rosen Law Firm, P.A., counsel for Movant Jason Cap ("Movant"). I make this Declaration in support of the motion of Movant for: (1) appointment of Movant as the Lead Plaintiff for the Class; (2) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A., as Lead Counsel for the Class, and the Schall Law Firm as Additional Counsel; and (3) granting such other and further relief as the Court may deem just and proper.

2.　　Attached hereto are true and correct copies of the following exhibits:

　　Exhibit 1:　　PSLRA early notice issued on November 3, 2025;

　　Exhibit 2:　　Jason Cap's PSLRA Certification;

　　Exhibit 3:　　Jason Cap's Loss Chart;

　　Exhibit 4:　　The Rosen Law Firm, P.A.'s firm resume; and

　　Exhibit 5:　　The Schall Law Firm's firm resume.

1

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing facts are true and correct.

Executed this 2nd day of January, 2026.

_/s/ Phillip Kim_
Phillip Kim

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Phillip Kim*