# Exhibit 2

Docus gn Enve ope ID: 0B4D8BFF 9B30 4132 9256 0DD926650EDC

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Jason Cap, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a complaint against CarMax, Inc. ("CarMax" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire CarMax securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired CarMax securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in CarMax securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Docus gn Enve ope ID: 0B4D8BFF 9B30 4132 9256 0DD926650EDC

I declare under penalty of perjury, under the laws of the United States of America, that the

foregoing is true and correct this day of 10/31/2025_____.

Signed by:

Jason Cap
9D5396932BFC44F...

Jason Cap

**SCHEDULE A**

**JASON CAP**

CLASS PERIOD TRANSACTIONS

| | PURCHASES | | | SALES | | |
|---|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| 8/15/2025 | 1,000.00 | ($58.1500) | | 8/20/2025 | 1,000 | $58.1100 |
| 8/21/2025 | 1,000.00 | ($57.9950) | | 9/10/2025 | 1,000 | $59.2693 |
| 9/19/2025 | 1,000.00 | ($58.4499) | | | | |
| 9/24/2025 | 1,000.00 | ($56.7510) | | | | |