# Exhibit 3

**CarMax, Inc. Loss Chart**
**Class Period: June 20, 2025 through November 5, 2025**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $37.50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jason Cap | 8/15/2025 | 1,000 | ($58.15) | ($58,150.00) | 8/20/2025 | 1,000 | $58.11 | $58,110.00 | | | | |
| | 8/21/2025 | 1,000 | ($58.00) | ($57,995.00) | 9/10/2025 | 1,000 | $59.27 | $59,269.30 | | | | |
| | 9/19/2025 | 1,000 | ($58.45) | ($58,449.90) | | | | | | | | |
| | 9/24/2025 | 1,000 | ($56.75) | ($56,751.00) | | | | | | | | |
| | | **4,000** | | **($231,345.90)** | | **2,000** | | **$117,379.30** | **2,000** | **$74,998.46** | **($38,968.14)** | |