**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JASON CAP, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CARMAX, INC., WILLIAM D. NASH, and ENRIQUE N. MAYOR-MORA,<br><br>          Defendants. | Civil Action No. 1:25-cv-03602-JKB |

**MOTION OF INDIANA PUBLIC RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that Class member and proposed Lead Plaintiff Indiana Public Retirement System ("Indiana") hereby moves this Court for the entry of an Order: (i) appointing Indiana as Lead Plaintiff; (ii) approving Indiana's selection of Labaton Keller Sucharow LLP as Lead Counsel for the Class and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

In support of this motion, Indiana submits herewith a Memorandum of Law and Declaration of Steven J. Toll with exhibits attached thereto.

Dated: January 2, 2026                    Respectfully submitted,


                                          */s/ Steven J. Toll*
                                          **COHEN MILSTEIN SELLERS**
                                          **& TOLL PLLC**
                                          Steven J. Toll (Bar No. 15824)
                                          S. Douglas Bunch
                                          1100 New York Avenue, N.W. Suite 800
                                          Washington, D.C. 20005
                                          Tel: (202) 408-4600
                                          Fax: (202) 408-4699
                                          stoll@cohenmilstein.com
                                          dbunch@cohenmilstein.com

                                          *Proposed Liaison Counsel for the Class*

                                          **LABATON KELLER SUCHAROW LLP**
                                          Francis P. McConville (*pro hac vice* forthcoming)
                                          Connor C. Boehme (*pro hac vice* forthcoming)
                                          140 Broadway
                                          New York, NY 10005
                                          Tel: (212) 907-0700
                                          Fax: (212) 818-0477
                                          fmcconville@labaton.com
                                          cboehme@labaton.com

                                          *Counsel for Proposed Lead Plaintiff Indiana Public*
                                          *Retirement System and Proposed Lead Counsel for*
                                          *the Class*