**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JASON CAP, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>CARMAX, INC., WILLIAM D. NASH, and ENRIQUE N. MAYOR-MORA,<br><br>                    Defendants. | Civil Action No. 1:25-cv-03602-JKB<br><br>CLASS ACTION |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF MOTION OF INDIANA PUBLIC RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Steven J. Toll, declare as follows:

I am an attorney duly licensed to practice before this Court.  I am a Partner at Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), proposed Liaison Counsel for the Class in the above-captioned action.  I make this declaration in support of the Motion of Indiana Public Retirement System ("Indiana") for the entry of an Order: (i) appointing Indiana as Lead Plaintiff on behalf of all persons or entities that purchased or otherwise acquired shares of CarMax, Inc. ("CarMax" or the "Company) securities between June 20, 2025 and November 5, 2025, inclusive (the "Class Period"); (ii) approving Indiana's selection of Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel for the Class and Cohen Milstein as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

EXHIBIT A:  Signed Certification of Indiana, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss analysis for Indiana;

EXHIBIT C:  Notice of the action;

EXHIBIT D:  Firm Resume of Labaton; and

EXHIBIT E:  Firm Resume of Cohen Milstein.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 2nd day of January 2026.

*/s/ Steven J. Toll*

**COHEN MILSTEIN SELLERS
& TOLL PLLC**
Steven J. Toll (Bar No. 15824)
1100 New York Avenue, N.W. Suite 800
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com

*Proposed Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of January 2026, I electronically filed the foregoing using the Court's CM/ECF system, and the memorandum and related papers will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Steven J. Toll*
Steven J. Toll
