**Exhibit A**

## CERTIFICATION

I, Jeffrey M. Gill, as General Counsel of Indiana Public Retirement System ("INPRS"), hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of INPRS. I have reviewed a complaint prepared against CarMax, Inc. ("CarMax") alleging violations of the federal securities laws, and authorize the filing of this pleading and any subsequent motion for lead plaintiff appointment as needed;

2.    INPRS did not purchase securities of CarMax at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    INPRS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  INPRS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.    INPRS' transactions in CarMax securities during the Class Period are reflected in Exhibit A, attached hereto;

5.    INPRS sought to serve and was appointed as a lead plaintiff on behalf of a class in the following class actions under the federal securities laws filed during the last three years:

*Henry v. Futu Holdings Limited*, No. 2:23-cv-3222 (D.N.J.)
*New England Teamsters Pension Fund v. agilon health, inc.*, No. 1:24-cv-0297 (W.D. Tex.)
*Roofers Local No. 149 Pension Fund v. GSK plc*, No. 2:25-cv-00618 (E.D. Pa.)
*City of St. Clair Shores Police and Fire Retirement System v. Lineage, Inc.*, No. 2:25-cv-12383 (E.D. Mich.)
*Margolis v. Lantheus Holdings, Inc.*, No. 1:25-cv-7491 (S.D.N.Y.)

6.    INPRS sought to serve as a lead plaintiff or representative party in the following class actions under the federal securities laws filed during the last three years but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*Indiana Public Retirement System v. Rivian Automotive, Inc.*, No. 2:24-cv-4566 (C.D. Cal.)

*Indiana Public Retirement System v. Inspire Medical Systems, Inc.*, No. 1:25-cv-10620 (S.D.N.Y.)

7.      Beyond its pro rata share of any recovery, INPRS will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ___23rd__ day of December, 2025.


*Jeffrey M. Gill*

_____
Jeffrey M. Gill <sup>Jeffrey Gill</sup>
*General Counsel*
*Indiana Public Retirement System*

2

**EXHIBIT A**

**TRANSACTIONS IN CARMAX, INC. SECURITIES**

| Security | Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|---|
| Common stock | Purchases | 08/04/2025 | 6,390 | $56.2775 | ($359,613.23) |
| Common stock | Purchases | 09/09/2025 | 30,091 | $61.3156 | ($1,845,047.72) |
| Common stock | Sales | 09/19/2025 | (170) | $58.4300 | $9,933.10 |
| Common stock | Sales | 10/16/2025 | (692) | $43.2700 | $29,942.84 |
| Common stock | Sales | 10/30/2025 | (4,928) | $41.8700 | $206,335.36 |
| Common stock | Purchases | 11/05/2025 | 18,800 | $40.8100 | ($767,228.00) |