# Exhibit B

**LOSS ANALYSIS**
**Filed Class Period: 06/20/25 - 11/05/25**

**CarMax, Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| KMX | 143130102 | US1431301027 | 2983563 | $37.4603 |

**Indiana Public Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 08/04/25 | 6,390.00 | $56.2775 | ($359,613.23) |
| Purchases | 09/09/25 | 30,091.00 | $61.3156 | ($1,845,047.72) |
| Purchases | 11/05/25 | 18,800.00 | $40.8100 | ($767,228.00) |
| *Class Period Purchases:* | | *55,281.00* | | *($2,971,888.94)* |
| | | | | |
| Sales | 09/19/25 | (170.00) | $58.4300 | $9,933.10 |
| Sales | 10/16/25 | (692.00) | $43.2700 | $29,942.84 |
| Sales | 10/30/25 | (4,928.00) | $41.8700 | $206,335.36 |
| *Class Period Sales that match to Class Period Purchases:* | | *-5,790.00* | | *$246,211.30* |
| | | | | |
| | Shares Held: | 49,491.00 | $37.4603 | $1,853,947.71 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($871,729.94)** |

| | |
|---|---|
| Total Shares Bought: | 55,281.00 |
| Total Net Shares: | 49,491.00 |
| Total Net Expenditures: | ($2,725,677.64) |

[1] *Value of shares held is the mean trading price from 11/06/25 - 01/02/26.*