**Exhibit C**

Nov 3, 2025 5:00 PM Eastern Standard Time

## EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of CarMax, Inc. Investors – KMX

Share

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of CarMax, Inc. (NYSE: KMX) between June 20, 2025 and September 24, 2025, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for CarMax investors under the federal securities laws.

To join the CarMax class action, go to https://rosenlegal.com/submit-form/?case_id=47077 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Defendants recklessly overstated CarMax's growth prospects when, in reality, its earlier growth in the 2026 fiscal year was a temporary benefit from customers buying cars due to speculation regarding tariffs; and (2) as a result, defendants statements about CarMax's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than January 2, 2026**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=47077 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Industry:**     Class Action Lawsuit     Professional Services     Legal

**THE ROSEN LAW FIRM, P.A.**

⤳ NYSE:KMX

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653

Dec 23, 2025 4:51 PM Eastern Standard Time

# Labaton Keller Sucharow LLP Files Securities Class Action Against CarMax, Inc. and Certain of Its Executives

Share

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") has filed a securities class action lawsuit (the "Complaint") on behalf of its client Indiana Public Retirement System ("Indiana PRS") against CarMax, Inc. ("CarMax" or the "Company") (NYSE: KMX) and certain of its executives (collectively, "Defendants"). The Action, which is captioned *Indiana Public Retirement System v. CarMax, Inc.*, No. 25-cv-01056 (E.D. Va. Dec. 23, 2025), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder on behalf of all persons and entities that purchased or otherwise acquired CarMax securities between June 20, 2025 and November 5, 2025, inclusive (the "Class Period").

The Complaint is related to a previously filed action against CarMax captioned *Cap v. CarMax, Inc.,* No. 25-cv-03602 (D. Md.) (the "Initial Action"). The Initial Action was brought on behalf of all persons and entities who purchased or otherwise acquired CarMax securities during the Class Period. The Complaint expands upon the Initial Action by naming CarMax Executive Vice President Jon Daniels as an additional Defendant and by adding allegations that CarMax misled investors about the adequacy of its loan-loss reserves and the value of its used car inventory.

Pursuant to the notice published on November 3, 2025, in connection with the filing of the Initial Action, investors seeking to serve as Lead Plaintiff in these related actions are required to file a motion for appointment as Lead Plaintiff by no later than **January 2, 2026**.

CarMax is a used-car retailer that operates approximately 250 locations throughout the United States. It provides financing for customer vehicle purchases based on management's underwriting standards and maintains a loan loss reserve, which is adjusted periodically to reflect changes in credit risk and loan performance.

The Action alleges that Defendants misled investors by failing to disclose that: (1) CarMax's 2022 and 2023 vintage loans were underperforming; (2) CarMax's loss reserves were inadequate to cover these loans; (3) CarMax had an oversupply of vehicles at its lots in early 2025; (4) this oversupply caused substantial depreciation of its inventory; (5) CarMax's mid-2025 sales boost was largely driven by customers rushing to purchase used cars amid concerns over potential new-car tariffs; and (6) based on the foregoing, Defendants materially overstated customer receivables, inventory values, and earnings, while misleading investors about the Company's business, operations, and growth prospects.

Investors learned the truth about Defendants' misconduct over the course of two disclosures beginning on September 25, 2025, when CarMax reported disappointing sales figures and disclosed a $71 million surge in loss provisions for 2022 and 2023 loans. On this news, the price of CarMax stock declined more than 20 percent. Then, on November 4, 2025, CarMax announced CEO William Nash's termination and warned of further sales declines. On this news, the price of CarMax stock declined more than 24 percent.

If you purchased or otherwise acquired CarMax securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **January 2, 2026**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Connor C. Boehme, Esq. of Labaton at +1 (212) 907-0780, or via email at cboehme@labaton.com. You can view a copy of the Complaint online here.

Indiana PRS is represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $4.5 trillion. Labaton's litigation reputation is built on its half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton is available at labaton.com.

## Contacts

Connor Boehme, Esq.

Labaton Keller Sucharow LLP

+1 (212) 907-0780

cboehme@labaton.com

**Industry:**    Class Action Lawsuit    Professional Services    Legal



**LABATON KELLER SUCHAROW LLP**

NYSE:KMX

**RELEASE VERSIONS**

English

**CONTACTS**

Connor Boehme, Esq.
Labaton Keller Sucharow LLP