UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

NORTHERN DIVISION

| | | |
|---|---|---|
| JASON CAP, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:25-cv-03602-JKB |
| Plaintiff, | ) ) ) | MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |
| vs. | ) ) | |
| CARMAX, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

4911-7059-9301.v1

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, in Courtroom 5A of the Honorable James K. Bredar, located at the United States District Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201, Excavators Union Local 731 Pension Fund and City of Birmingham Retirement and Relief System (the "Pension Funds") will respectfully move the Court, pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an Order appointing the Pension Funds as Lead Plaintiff in the above-captioned action and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.

The grounds for this Motion are set forth in the accompanying Memorandum of Law, and the Declaration of William N. Sinclair in support thereof, filed contemporaneously herewith.

DATED:  January 2, 2026

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
STEVEN D. SILVERMAN (VSB No. 22887)
ANDREW C. WHITE (VSB No.  08821)
WILLIAM N. SINCLAIR (VSB No. 28833)


s/ William N. Sinclair
WILLIAM N. SINCLAIR

400 E. Pratt Street, Suite 900
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
ssilverman@mdattorney.com
awhite@mdattorney.com
bsinclair@mdattorney.com

Local Counsel

- 1 -

ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

LERNER LAW FIRM & ASSOCIATES
EVAN D. LERNER
400 Post Avenue, Suite 303
Westbury, NY 11590
Telephone:  516/307-1550
516/307-1551 (fax)
elerner@lernerlawfirm.com

Additional Counsel

4911-7059-9301.v1