Case 1:25-cv-03602-JKB   Document 10-1   Filed 01/02/26   Page 1 of 3

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

NORTHERN DIVISION

| | | |
|---|---|---|
| JASON CAP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-03602-JKB<br><br>DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 |

4910-3579-1749.v1

The undersigned, counsel for proposed lead plaintiff Excavators Union Local 731 Pension Fund and City of Birmingham Retirement and Relief System, certifies that there is no corporation to disclose pursuant to Fed. R. Civ. P. 7.1(a)(1)(A).

DATED:  January 2, 2026

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
STEVEN D. SILVERMAN (VSB No. 22887)
ANDREW C. WHITE (VSB No.  08821)
WILLIAM N. SINCLAIR (VSB No. 28833)


                    s/ William N. Sinclair
                  WILLIAM N. SINCLAIR

400 E. Pratt Street, Suite 900
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
ssilverman@mdattorney.com
awhite@mdattorney.com
bsinclair@mdattorney.com

Local Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

- 1 -

4910-3579-1749.v1

LERNER LAW FIRM & ASSOCIATES
EVAN D. LERNER
400 Post Avenue, Suite 303
Westbury, NY 11590
Telephone:  516/307-1550
516/307-1551 (fax)
elerner@lernerlawfirm.com

Additional Counsel

4910-3579-1749.v1