UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

NORTHERN DIVISION

| | | |
|---|---|---|
| JASON CAP, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:25-cv-03602-JKB |
| Plaintiff, | ) ) ) | DECLARATION OF WILLIAM N. SINCLAIR IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF |
| vs. | ) ) | AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| CARMAX, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

4897-6642-4965.v1

I, William N. Sinclair, declare as follows:

1.      I am attorney licensed to practice in Maryland and am a partner of Silverman Thompson Slutkin & White LLC, local counsel for proposed lead plaintiff Excavators Union Local 731 Pension Fund and City of Birmingham Retirement and Relief System (the "Pension Funds") in the above-captioned securities class action.  I make this Declaration in support of the Pension Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    *Ind. Pub. Ret. Sys. v. CarMax, Inc.*, No. 3:25-cv-01056, Class Action Complaint for Violations of the Federal Securities Laws (E.D. Va. Dec. 23, 2025);

Exhibit B:    Notice of pendency of first-filed class action published on *Business Wire* on November 3, 2025;

Exhibit C:    The Pension Funds' Certifications;

Exhibit D:    Estimate of the Pension Funds' losses, prepared by counsel; and

Exhibit E:    The Pension Funds' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of January, 2026.

s/ William N. Sinclair
_____
WILLIAM N. SINCLAIR

- 1 -

4897-6642-4965.v1