UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

NORTHERN DIVISION

| | | |
|---|---|---|
| JASON CAP, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CARMAX, INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-03602-JKB<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4917-4744-7173.v1

Having considered Excavators Union Local 731 Pension Fund and City of Birmingham Retirement and Relief System's motion for appointment as lead plaintiff and approval of selection of lead counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED.

2.      The file in Civil No. 1:25-03602-JKB shall be the master file for the action.  All securities class actions arising out of substantially similar facts and claims on behalf of purchasers or acquirers of CarMax, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3.      Excavators Union Local 731 Pension Fund and City of Birmingham Retirement and Relief System are appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.      Excavators Union Local 731 Pension Fund and City of Birmingham Retirement and Relief System's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      the briefing and argument of any and all motions;

(b)      the conduct of any and all discovery proceedings including depositions;

(c)      settlement negotiations;

(d)      the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)      the preparation and filing of all pleadings; and

- 1 -

(f)      the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

5.      Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

*      *      *

O R D E R

IT IS SO ORDERED.

DATED:  _____        _____
THE HONORABLE JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE

- 2 -

4917-4744-7173.v1