# EXHIBIT B

11/3/25, 3:48 PM          EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of CarMax, Inc. Investors – KMX

Case 1:25-cv-03602-JKB     Document 10-6     Filed 01/02/26     Page 2 of 4

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of CarMax, Inc. Investors – KMX

🌐 **businesswire.com**/news/home/20251103778605/en/EQUITY-ALERT-Rosen-Law-Firm-Files-Securities-Class-Action-Lawsuit-on-Behalf-of-CarMax-Inc.-Investors-KMX

Laurence Rosen, Esq.                                    November 3, 2025

Nov 3, 2025 5:00 PM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of CarMax, Inc. (NYSE: KMX) between June 20, 2025 and September 24, 2025, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for CarMax investors under the federal securities laws.

To join the CarMax class action, go to https://rosenlegal.com/submit-form/?case_id=47077 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Defendants recklessly overstated CarMax's growth prospects when, in reality, its earlier growth in the 2026 fiscal year was a temporary benefit from customers buying cars due to speculation regarding tariffs; and (2) as a result, defendants statements about CarMax's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than January 2, 2026**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=47077 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN

ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com
www.rosenlegal.com

Industry:

- Class Action Lawsuit
- Professional Services
- Legal

More News From The Rosen Law Firm, P.A.

## Rosen Law Firm Urges Avantor, Inc. (NYSE: AVTR) Stockholders with Losses in Excess of $100K to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces that a shareholder filed a class action lawsuit on behalf of purchasers

and acquirers of Avantor, Inc. (NYSE: AVTR) common stock between March 5, 2024 and October 28, 2025, both dates inclusive (the "Class Period"). Avantor provides scientific products and services for customers in various industries. For more information, submit a form, email attorney Phillip Kim, or give us a call at 866-767-3653. The Alle...

## Rosen Law Firm Encourages Braskem S.A. Investors to Inquire About Securities Class Action Investigation – BAK

NEW YORK--(BUSINESS WIRE)--Why: Rosen Law Firm, a global investor rights law firm, announces an investigation of potential securities claims on behalf of shareholders of Braskem S.A. (NYSE: BAK) resulting from allegations that Braskem may have issued materially misleading business information to the investing public. So What: If you purchased Braskem S.A. securities you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement. The...

## Rosen Law Firm Encourages Tvardi Therapeutics, Inc. Investors to Inquire About Securities Class Action Investigation – TRVD

NEW YORK--(BUSINESS WIRE)--Why: Rosen Law Firm, a global investor rights law firm, announces an investigation of potential securities claims on behalf of shareholders of Tvardi Therapeutics, Inc. (NASDAQ: TRVD) resulting from allegations that Tvardi Therapeutics may have issued materially misleading business information to the investing public. So What: If you purchased Tvardi Therapeutics securities you may be entitled to compensation without payment of any out of pocket fees or costs through...

Back to Newsroom