# EXHIBIT E

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, Mark Key and Jay Turner, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.     We respectfully submit this Joint Declaration in support of the motion of Excavators Union Local 731 Pension Fund and City of Birmingham Retirement and Relief System ("Birmingham") (collectively, the "Pension Funds"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for appointment as lead plaintiff and approval of the Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the proposed class. With regard to the information in this Joint Declaration, each of us has personal knowledge relating to the entity with which we are respectively associated.

2.     I, Mark Key, am the Fund Administrator of Excavators Union Local 731 Pension Fund and am authorized to make this Joint Declaration on its behalf.  Excavators Union Local 731 Pension Fund is a multi-employer defined benefit fund managing more than $2 billion in assets for the benefit of members of Local 731.  As reflected in its Certification, Excavators Union Local 731 Pension Fund purchased CarMax, Inc. securities during the Class Period alleged and suffered substantial losses, which we allege are the result of violations of the federal securities laws. Excavators Union Local 731 Pension Fund is familiar with the obligations and fiduciary responsibilities owed to a class.

3.     I, Jay Turner, am General Counsel of Birmingham and am authorized to make this Joint Declaration on its behalf.  Birmingham is a public pension system organized for current and former employees of the City of Birmingham, Alabama.  Birmingham manages more than $1 billion in assets for the benefit of its approximately 7,000 active and retired participants.  As reflected in its Certification, Birmingham purchased CarMax securities during the Class Period alleged and suffered substantial losses, which we allege are the result of violations of the federal

- 1 -

securities laws.  Birmingham has extensive prior experience serving as lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to a class. Birmingham has served as lead plaintiff as part of a small group and thus has experience coordinating with another institution to fulfill those fiduciary responsibilities.

4.      We are aware of and are prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities class action.  We understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, and maximizing recovery for the class.  We believe that our combined experience, knowledge, and sophistication enable us to zealously represent the interests of the proposed class.  We are motivated to recover the significant losses that we incurred as a result of the defendants' alleged violations of the federal securities laws, and our principal goal in seeking appointment as lead plaintiff is to ensure that this litigation is supervised by experienced and sophisticated institutional investors and effectively prosecuted to achieve the best possible recovery for the class.

5.      In exploring their potential leadership of this action, the Pension Funds each decided to collaborate with other sophisticated institutional investors in seeking joint lead plaintiff appointment.  Excavators Union Local 731 Pension Fund and Birmingham each determined that they could maximize the class's recovery by combining their experience and jointly seeking appointment as lead plaintiff.  After reviewing the allegations pleaded in the complaints and consulting with their counsel, the Pension Funds each independently determined to seek joint appointment as lead plaintiff, and subsequently approved the filing of a joint motion seeking their appointment as lead plaintiff.

6.      Our decision to seek appointment as lead plaintiff together was informed by, *inter alia*, our comprehensive purchasing patterns, our comparable six-figure losses, the ability to

combine resources and the similar perspectives we share as fiduciaries to our respective members. As our funds are sophisticated institutional investors that incurred substantial losses as a result of the securities law violations at issue in this litigation, and together can provide broad representation to the proposed class, we determined that our joint appointment would advance the interests of the proposed class.

7.      Before filing our lead plaintiff motion, we conferred about our leadership and oversight of this litigation.  We considered, among other things, the status of our proposed lead counsel's investigation, the lead plaintiff process, and our strategy to jointly prosecute this case in order to maximize the recovery for the class.  Likewise, we discussed how we would facilitate future communication and collaboration so that we can continue to coordinate to exercise joint decision-making on matters pertaining to this litigation as appropriate.  In light of our shared interest in recovering from the defendants in this litigation, our shared perspective as sophisticated institutional investors and managers of pension funds, and – if appointed – our shared fiduciary responsibilities to the proposed class, we anticipate arriving at joint decisions consensually.

8.      We understand that, as lead plaintiff, it is our responsibility to select counsel for the class.  We have selected Robbins Geller to serve as Lead Counsel because of the Firm's securities litigation experience and its history successfully prosecuting securities class actions as lead counsel.  We have directed the Firm to prosecute this case in the most efficient manner possible and without any duplication of services.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements relating to Excavators Union Local 731 Pension Fund are true and correct.

Executed this __2__ day of January, 2026.

Signed by:

E448CC745BED429...

Excavators Union Local 731 Pension Fund
By: Mark Key, Fund Administrator


I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements relating to City of Birmingham Retirement and Relief System are true and correct.

Executed this __2nd__ day of January, 2026.

Signed by:

292A0D4765F04A9...

City of Birmingham Retirement and Relief System
By: Jay Turner, General Counsel