## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **IN RE CARMAX, INC.** | | |
| **SECURITIES LITIGATION** | * | **CIVIL NO. 25-03602-JKB** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Having considered the Notices of Withdrawal filed by Steven M. Smith and Jason Cap (ECF Nos. 11 and 12), it is hereby ORDERED that the Motions for Appointment as Lead Plaintiff and Counsel filed by Smith and Cap (ECF Nos. 7 and 8) are WITHDRAWN.

DATED this 29 day of January, 2026.

BY THE COURT:

James K. Bredar
United States District Judge