## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **IN RE CARMAX, INC.** | * |  |
| **SECURITIES LITIGATION** | * | **CIVIL NO. 25-03602-JKB** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On January 29, 2026, the Court appointed Excavators Union Local 731 Pension Fund and City of Birmingham Retirement and Relief System as Lead Plaintiff in this action, and approved Robbins Geller Rudman & Dowd LLP as Lead Counsel.  (ECF No. 16.)  To date, no proof of service has been filed and no Notice of Appearance has been filed for Defendants William D. Nash or Enrique N. Mayor-Mora.  A Notice of Appearance has been filed by counsel for Defendant CarMax, Inc.  (ECF No. 6.)

The Court hereby ORDERS that within thirty (30) days of this Order, the parties shall MEET and CONFER and then SUBMIT a jointly proposed schedule for further proceedings.

DATED this ___10___ day of February, 2026.

BY THE COURT:

James K. Bredar
United States District Judge