UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE CARMAX, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) | Case No. 1:25-cv-03602-JKB<br><br>STIPULATION AND [PROPOSED] ORDER OF SCHEDULE FOR FILING OF LEAD PLAINTIFF'S COMPLAINT AND RESPONSE THERETO |

Case 1:25-cv-03602-JKB    Document 34    Filed 03/11/26    Page 2 of 5

Lead Plaintiff Excavators Union Local 731 Pension Fund and City of Birmingham Retirement and Relief System ("Lead Plaintiff" or "Pension Funds") and defendants CarMax, Inc., William D. Nash, and Enrique N. Mayor-Mora (collectively, "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on January 28, 2026, the Court issued an order appointing the Pension Funds as Lead Plaintiff and Robbins Geller Rudman & Dowd LLP as lead counsel in the above-captioned action [ECF 16];

WHEREAS, Lead Plaintiff and Defendants conferred and agreed on the following proposed schedule for the filing of Lead Plaintiff's complaint and Defendants' response(s) thereto;

WHEREAS, Defendants William D. Nash and Enrique N. Mayor-Mora have agreed to waive service pursuant to Federal Rule of Civil Procedure 4;

IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, unless otherwise ordered by the Court, that the following schedule shall govern the filing of Lead Plaintiff's complaint and Defendants' response(s) thereto:

1. Lead Plaintiff shall file a complaint on or before March 31, 2026;

2. Defendants shall file a motion to dismiss and supporting papers on or before May 15, 2026;

3. Defendants shall file any motion to transfer on or before May 15, 2026;

4. Lead Plaintiff shall file any opposition to Defendants' motion to dismiss and motion to transfer on or before June 30, 2026; and

5. Defendants shall file any reply in further support of their motion to dismiss and motion to transfer by July 31, 2026.

DATED:  March 11, 2026

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
STEVEN D. SILVERMAN (VSB No. 22887)
ANDREW C. WHITE (VSB No. 08821)
WILLIAM N. SINCLAIR (VSB No. 28833)


                  /s/ William N. Sinclair
                  [ATTORNEY SIGNATURE]

400 E. Pratt Street, Suite 900
Baltimore, MD 21201
Telephone:  410/385-2225
ssilverman@mdattorney.com
awhite@mdattorney.com
bsinclair@mdattorney.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN
(admitted *pro hac vice*)
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
EVELYN SANCHEZ GONZALEZ
(admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
debraw@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com
egonzalez@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
KATHLEEN B. DOUGLAS
(admitted *pro hac vice*)
BAILIE L. HEIKKINEN
(admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
kdouglas@rgrdlaw.com
bheikkinen@rgrdlaw.com

Lead Counsel for Lead Plaintiff

LERNER LAW FIRM & ASSOCIATES
EVAN D. LERNER
400 Post Avenue, Suite 303
Westbury, NY 11590
Telephone: 516/307-1550
elerner@lernerlawfirm.com

Additional Counsel

DATED: March 11, 2026

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
PAUL A. SOLOMON (MD Bar No. 19920)

       *Paul A. Solomon*
      PAUL A. SOLOMON

1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202/371-7975
paul.solomon@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
SCOTT D. MUSOFF
(admitted *pro hac vice*)
SARAH E. DANEHY
(admitted *pro hac vice*)
ALLISON C. TONER D'ANTONIO
(admitted *pro hac vice*)
One Manhattan West
New York, NY  10001
Telephone:  212/735-3000
scott.musoff@skadden.com
sarah.danehy@skadden.com
allison.toner@skadden.com

Counsel for Defendants CarMax, Inc., William
D. Nash and Enrique N. Mayor-Mora

SO ORDERED THIS 12 DAY OF MARCH, 2026

HONORABLE JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE