## IN THE UNITED STATES DISTRICT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

JASON CAP, Individually and on Behalf of    *
All Others Similarly Situated,

          *

     Plaintiff,

          *

v.                           Civ. No. JKB-25-03602

          *

CARMAX, INC., *et al.*,

          *

     Defendants.

          *

_____

## ORDER

**UPON CONSIDERATION** of Plaintiff's Unopposed Motion to Extend Page Limitation for Lead Plaintiff's Complaint for Violation of the Federal Securities Laws ("Motion"), good cause having been shown, it is this ___1___ day of ___April___, 2026, hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further,

**ORDERED** that ECF No. 39 shall be the operative pleading in this matter; and it is further,

**ORDERED** that Defendants shall respond thereto pursuant to the agreed upon schedule.

_____
Judge, United States District Court for the
District of Maryland